UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-10075-RGS

HARRIET J. BALERNA

v.

CARMEL A. GILBERTI and MELVIN L. LEWIS and EDWARD F. LEWIS,
both individually and as Executors of the Estate of Helen Lewis

ORDER ON PARTIES' JOINT MOTION
FOR ORDER IMPLEMENTING SETTLEMENT
OF CLAIMS FOR SURPLUS FUNDS

June 3, 2014

STEARNS, D.J.

This case concerns the disposition of an interpleader fund currently held by this court. Although this case is on appeal to the United States Court of Appeals for the First Circuit, Balerna and the Estate (which includes all parties to the appeal) have entered into a settlement agreement resolving all of their outstanding issues, including the appropriate disbursement of the interpleader fund. As the settlement leaves no appellate issues in this matter requiring resolution by the Court of Appeals, it has remanded the case to this court for a ruling on the parties' joint motion to implement the settlement.

Accordingly, as agreed to by the parties, this court orders that all monies remaining in the Interpleader Fund be paid in full to Thomas J. Urbelis, Esq.,

as attorney for Harriet J. Balerna. Following his receipt of the funds, Attorney Urbelis will disburse the funds as provided in the Settlement Agreement.

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE